UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 8:25-cv-00938-ADSDate: June 25, 2025

Title: *Zhejiang Zheshang Asset Management Co. LTD v. Xinwen Zhuang, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:(IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

On May 6, 2025, Plaintiff filed a Complaint. (Dkt No. 1.) A Summons and a Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent were issued on May 12, 2025. (Dkt. No. 6.) Plaintiff is required to file a proof of service of the Summons, Complaint, and Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent within 14 days of service. C.D. Cal. L. R. 4-6, 73-2.1. On May 30, 2025, the Court ordered Plaintiff to file a proof of service by June 6, 2025. (Dkt. No. 9.) To date, Plaintiff has not filed a proof of service.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute and to follow court orders. Plaintiff must file a written response no later than **July 2, 2025.** Filing a proof of service that shows completed service upon defendants of the Summons, Complaint, and Notice of Assignment To A U.S. Magistrate Judge And Declination Of Consent will discharge this Order to Show Cause.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

IT IS SO ORDERED.

Initials of Clerk kh